**People of the State of Illinois, Plaintiff-Appellee, v. Robert Davis (Impleaded), Defendant-Appellant.**

Gen. No. 50,766. 

First District, Second Division.

December 13, 1966.

 Gerald W. Getty, Public Defender of Cook County, of Chicago (Sheldon Banks and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Carl M. Walsh, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**